THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD C. KIKENDALL, Appellant.—

Present — Del Vecchio, J. P., Marsh, Gabrielli and Moule, JJ.